B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __OHIO__

In re **Victoria Lynn  Lawson  ,** Case No. **17-52691**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Jefferson Capital Systems LLC** | **GFC Lending, LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

**Jefferson Capital Systems LLC**
**PO BOX 7999**
**Saint Cloud , MN 56302-9617**

Phone: __888-836-6853__

Last Four Digits of Acct #: __2031__

Court Claim # (if known): **1**
Amount of Claim: **$6,625.52**
Date Claim Filed: **5/19/2017**

Phone: __602-770-1940__

Last Four Digits of Acct #: __2031__

Name and Address where transferee payments
should be sent (if different from above):
**Jefferson Capital Systems LLC**
**PO BOX 772813**
**Chicago , IL 60677-2813**
Phone: __888-836-6853__

Last Four Digits of Acct #: __2031__

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: __/s/ Karen Borgmann (Bankruptcy Specialist)__     Date: __10/09/2017__
     **Transferee/Transferee's Agent**

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

GFC LENDING LLC, GO FINANCIAL AUTO SECURITIZATION TRUST 2015-1, and GO FINANCIAL AUTO SECURITIZATION TRUST 2015-2 (collectively, "Transferor"), has sold and assigned certain claims to Jefferson Capital Systems, LLC. ("Transferee"). Transferee is a limited liability company organized under the laws of Georgia maintaining a place of business at 16 McLeland Road. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

Go Financial

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of September 21, 2017.

**GFC LENDING LLC**, an Arizona limited liability company

By:

Name:   Colin Bachinsky

Title:   President

**GO FINANCIAL AUTO SECURITIZATION TRUST 2015-1**

By: GFC Lending, LLC, not in its individual capacity but solely as Administrator of the Trust

By:

Name:  Colin Bachinsky

Title:   President

**GO FINANCIAL AUTO SECURITIZATION TRUST 2015-2**

By: GFC Lending, LLC, not in its individual capacity but solely as Administrator of the Trust

By:

Name:  Colin Bachinsky

Title:   President